# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO.: 3:11CR3-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br>vs. )<br> )<br>DEMORRIS LAMAR ANDERSON, )<br>Defendant. )<br> )<br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** to correct an administrative error. In the above-captioned criminal matter pending in this Court, the government inadvertently misidentified and transported the wrong person for the initial appearance held before the undersigned. Mr. Lamar Leroy Carl Anderson, date of birth June 11, 1986, currently serving a federal sentence at FCI Ashland, Kentucky, was mistakenly brought to court instead of the Defendant, DeMorris Lamar Anderson. All counsel were in agreement that the wrong person was transported and appeared in court. The United States Marshal is directed to return Mr. Lamar Leroy Carl Anderson to FCI Ashland, Kentucky and to take whatever reasonable administrative steps might be warranted to ensure that he suffers no consequence from being temporarily misidentified as the Defendant in this matter.

**SO ORDERED**.

Signed: December 22, 2011

David C. Keesler
United States Magistrate Judge